IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD GOODMAN | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 2:20-CV-03515 |
| | : | |
| LOWES HOME CENTERS, LLC | : | |

## STIPULATION OF DISMISSAL

**THE MATTER** in difference in the above-entitled action having been amicably adjusted by and between the parties, IT IS hereby stipulated and agreed that the same be and is hereby DISMISSED without costs against either party with prejudice.

SCHATZ & STEINBERG, P.C.                MINTZER SAROWITZ ZERIS
                                        LEDVA & MEYERS, LLP

By:  *Sean Fulmer*                      By:  *Capri Stevens* (Jun 3, 2021 15:17 EDT)
    SEAN M. FULMER, ESQUIRE                 CAPRI R. STEVENS, ESQUIRE
    Attorney for Plaintiff                  Attorney for Defendant, Lowes
                                            Home Centers, LLC

# Stipulation of Dismissal

Final Audit Report                                                                 2021-06-03

| | |
|---|---|
| Created: | 2021-06-03 |
| By: | Sean Fulmer (sfulmer@s2firm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIWmpCj_m8ssJ_iPUbdEBTUEskP6fYkZV |

## "Stipulation of Dismissal" History

- Document created by Sean Fulmer (sfulmer@s2firm.com)
  2021-06-03 - 7:13:24 PM GMT- IP address: 100.14.127.98

- Document emailed to Capri Stevens (cstevens@defensecounsel.com) for signature
  2021-06-03 - 7:14:02 PM GMT

- Email viewed by Capri Stevens (cstevens@defensecounsel.com)
  2021-06-03 - 7:17:08 PM GMT- IP address: 172.58.204.106

- Document e-signed by Capri Stevens (cstevens@defensecounsel.com)
  Signature Date: 2021-06-03 - 7:17:49 PM GMT - Time Source: server- IP address: 172.58.204.106

- Agreement completed.
  2021-06-03 - 7:17:49 PM GMT

Adobe Sign